LIQUOR CONTROL COMMISSION ET AL. *v.*
PATRICIA CIFARELLI ET AL.

The named defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Bruce S. Beck,* in support of the petition.

*Robert F. Vacchelli* and *Richard M. Sheridan,* assistant attorneys general, in opposition.

Submitted May 1—decided May 9, 1979

ASPETUCK VALLEY COUNTRY CLUB, INC. *v.* TAX
COMMISSIONER OF THE STATE OF CONNECTICUT

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is granted by the court.

*Robert J. Berta,* in support of the petition.

*Robert L. Klein* and *Ralph G. Murphy,* assistant attorneys general, in opposition.

Submitted May 1—decided May 9, 1979

MORRIS J. FEINSON *v.* NEWTOWN CONSERVATION
COMMISSION

The defendant's petition for certification for appeal from the Superior Court in the judicial district of Danbury is granted by the court.

*Paul E. Pollock,* in support of the petition.

*Terry L. Sachs,* in opposition.